UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COLLINS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16 CV 1154 CDP |
| | ) | |
| THE DOE RUN RESOURCES CORP., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

On July 18, 2016, I ordered plaintiffs to show cause whether plaintiffs J.T.B.L. and A.M.D.B.L. had also filed an earlier lawsuit assigned to me, Case No. 4:14CV907 CDP. This case was directly assigned to me because of these common plaintiffs. In response, plaintiffs J.T.B.L. and A.M.D.B.L. acknowledged that they are also plaintiffs in 4:14CV907 CDP and they move to voluntarily dismiss their claims in this lawsuit. [22, 23]. I will grant plaintiffs leave to dismiss their claims. Plaintiffs J.T.B.L. and A.M.D.B.L. having dismissed their claims, this case should not have been directly assigned to me. Therefore, I will direct the Clerk of the Court to randomly reassign this case, including me within the random draw.

Accordingly,

**IT IS HEREBY ORDERED** that the notices of voluntary dismissal [22, 23] are granted, and plaintiffs J.T.B.L.'s and A.M.D.B.L.'s claims are dismissed

without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall randomly reassign this case, including me within the random draw.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of August, 2016.